# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

THE COMMONWEALTH OF PUERTO RICO
ON ITS OWN BEHALF, AND AS PUBLIC
TRUSTEE AND AS <u>PARENS PATRIAE</u> FOR
THE CITIZENS OF THE COMMONWEALTH,
THE ENVIRONMENTAL QUALITY BOARD
OF THE COMMONWEALTH OF PUERTO
RICO AND THE DEPARTMENT OF
NATURAL RESOURCES OF THE
COMMONWEALTH OF PUERTO RICO

**Plaintiffs**

vs

THE M/V EMILY S AND THE BARGE
MORRIS J. BERMAN, <u>in rem</u>;
METLIFE CAPITAL CORPORATION,
PETER FRANK, BUNKER GROUP
PUERTO RICO, INC., BUNKER GROUP,
INC.; PARK LANE ASSOCIATES,
PEDRO RIVERA, NEW ENGLAND MARINE
SERVICES, INC., ABC INSURANCE
COMPANY and DEF INSURANCE
COMPANY <u>in personam</u>

**Defendants**

YAACOV EISAK

**Intervening Plaintiff**

RAUL HORTA-GONZALEZ
DIEGA CASTILLO-HERNANDEZ
ADOLFO ARNAU-SANCHEZ
ROSA ALDAY-DE-ARNAU
MARI RODRIGUEZ-HERRERO
LILIAN RODRIGUEZ-HERRERO
MAITE MALDONADO-HERNANDEZ
MARGARITA RIVERA-MARRERO
ANTONIO RODRIGUEZ-RODRIGUEZ
MARTINA ESPIRIO-ROSARIO
FERNANDO BIASCOCHEA
LUCIA POLANCO-MARTINEZ
RAFAELA CASTILLO-DE-PAULA

CIVIL 94-1019CCC
CIVIL 94-1047CCC
CIVIL 94-1058CCC
CIVIL 94-1094CCC
CIVIL 94-1917CCC
CIVIL 94-1919CCC
CIVIL 94-2376CCC
CIVIL 95-1020CCC
CIVIL 97-1020CCC





AO 72A
(Rev 8/82)

CIVIL 94-1019CCC                    2


PEDRO UMPIERRE, HECTOR SANFELIS          '
EDDIE MEJIAS, ROGELIO GONZALEZ
UCRANIA MARTINEZ-POLANCO                 '
JACINTA ACOSTA-ALCEQUIEZ
ISABEL MARTINEZ-DE-LA-CRUZ               '
EDUARDO FELIZ-REYES
JUAN VALERIO FLORIO-GONZALEZ             '
MARIA ARAYA-GONZALEZ
DANIEL NIEVES-MOLINA                     '
DULCE MARIA CONTRERAS
OLIVIA FERNANDEZ-GRULLON                 '
JORGE ESPINOSA, CRISTINA BARNE
MARIA A. PEÑA-CARRASCO                   '
AMALIA PEREZ, ALTAGRACIA LOPEZ
and JORGE LUIS MATOS                     '

Plaintiffs representative of              '
proposed class
                                          '

CAFE ST. ELMO, INC.,
HAVANA SAN JUAN CORP.                     '
OASIS RESTAURANT, INC.
EDDIE MEJIAS d/b/a SOUVENIR SHOP          '

individual Plaintiffs                     '

vs                                        '        CIVIL 94-1047CCC

THE TUG EMILY S, and the Barge            '
MORRIS J. BERMAN
                                          '
Defendants in rem
                                          '
A. CLYDE PRUITT; EMILY S. PRUITT
PETER FRANK; JOHN DOE and/or              '
RICHARD DOE; NEW ENGLAND MARINE
SERVICES, INC.;                           '
EVELYN BERMAN FRANK
SUSAN FRANK; JIM DOE and/or               '
SAM DOE; STANDARD TANK CO.;
PETER DOE; BUNKERS GROUP OF               '
PUERTO RICO; CARIBBEAN PETROLEUM
CORPORATION; JIMMY DOE;                   '
INSURANCE COMPANIES and/or

AO 72A
(Rev 8/82)

CIVIL 94-1019CCC                          3


P & I CLUBS "A" THROUGH "J"                '

Defendants in personam                     '

ESCAMBRON BEACH CLUB, INC.                 '

Plaintiff                                  '

vs                                         '        CIVIL 94-1058CCC

M/V EMILY S.                               '
BARGE MORRIS J. BERMAN, in rem;
NEW ENGLAND MARINE SERVICES, INC.          '
A. CLYDE PRUITT; EMILY S. PRUITT
DOE COMPANY, RICHARD ROE                   '

Defendants                                 '

IN THE MATTER OF THE COMPLAINT             '
OF METLIFE CAPITAL CORPORATION, as
owner of the Tub "EMILY S," for            '        CIVIL 94-1919CCC
Exoneration from or Limitation of
Liability                                  '

ELGA GONZALEZ-MEJIAS and her son           '
JOHAN MARQUEZ-GONZALEZ;
PETRA VELEZ-GONZALEZ and her children;     '
REYNALDO DE-JESUS-HERNANDEZ and his
wife ALTAGRACIA LOZADA-OTERO               '
and their conjugal partnership;
WALDISTRUDI GUZMAN-LUCIANO and             '
their children JEAN O. OSORIO-GUZMAN
and ORLANDO OSORIO-GUZMAN;                 '
MIGUEL PAEZ-DE-LEON and his wife
NEIDA ROMANO and their conjugal            '
partnership  and their children LIDIO L.
PAEZ-ROMANO, ULISIS PAEZ-ROMANO            '
and PATRICIA PAEZ-ROMANO;
NEREIDA BERRIOS BERRIOS and her husband'
JUAN ARRIAGA and their conjugal partnership
                                           '
Plaintiffs
                                           '
vs                                                  CIVIL 95-1020CCC

CIVIL 94-1019CCC                              4


THE M/V EMILY S and the BARGE MORRIS            '
J. BERMAN, in rem; METLIFE CAPITAL
CORPORATION PETER FRANK, BUNKER                 '
GROUP PUERTO RICO, INC., BUNkER
GROUP, INC; PARK LANE ASSOCIATES,               '
PEDRO RIVERA, NEW ENGLAND
MARINE SERVICES, INC,                           '
ABC INSURANCE COMPANY
and DEF INSURANCE COMPANY in personam           '

Defendants                                      '

_____

UNITED STATES OF AMERICA                        '

Plaintiff                                       '

vs                                              '      CIVIL 97-1020CCC

METLIFE CAPITAL CORPORATION, INC.               '
NEW ENGLAND MARINE SERVICES, INC.
BUNKER GROUP, INC., BUNKER GROUP                '
PUERTO RICO, INC.; CARIBBEAN
PETROLEUM CORPORATION, INC.,                    '
PUERTO RICO OPERATIONS, INC.;
GLOBAL INSURANCE COMPANY, S.A.,                 '
UTICA MUTUAL INSURANCE COMPANY;
AMERICAN HOME ASSURANCE COMPANY                 '
RELIANCE NATIONAL INSURANCE
COMPANY; THE TRAVELERS INSURANCE                '
COMPANY; WESTCHESTER FIRE INSURANCE
COMPANY; ROYAL INSURANCE;                       '
RELIANCE INSURANCE COMPANY OF
NEW YORK; ROYAL INSURANCE COMPANY               )
OF AMERICA; CONTINENTAL INSURANCE
COMPANY; CERTAIN UNDERWRITERS                   '
THROUGH INSCO MARINE, INC.;
CERTAIN UNDERWRITERS THROUGH                    '
INSCO MARINE PROPERTY & CASUALTY
LIMITED; WATER QUALITY INSURANCE                '
SYNDICATE; LONDON & HULL MARITIME
INSURANCE COMPANY, LTD., AXA T                  '
A/C; YORKSHIRE INSURANCE CO., LTD.;
L A/C, NORWICH UNION FIRE INS.                  '
SOCIETY, LTD. NO. 1 A/C,
CORNHILL INSURANCE P/C D A/C                    '

CIVIL 94-1019CCC                          5


PHOENIX ASSURANCE P/C
PHOENIX ASSURANCE P/C LSA A/C,                              ⁄
ZURICH RE (UK) LTD., HANSA MARINE
INSURANCE COMPANY (UK) LTD.;                                ⁄
PRUDENTIAL ASSURANCE COMPANY LTD.
TRUST A/C NO. 2, SPHERE DRAKE                               ⁄
INSURANCE CO. (UK) LTD., ANGLO
AMERICAN INSURANCE COMPANY                                  ⁄
LIMITED
                                                           ⁄
Defendants
                                                           ⁄
_____

## JUDGMENT

Considering the Joint Motion to Dismiss submitted by the Commonwealth of Puerto Rico

on its own and as parens patriae for the Citizens of the Commonwealth, the Board on

Environmental Quality of the Commonwealth of Puerto Rico, the Department of Natural

Resources of the Commonwealth of Puerto Rico, and the Puerto Rico Tourism Company

(hereinafter "the Commonwealth") and the United States of America on January 11, 2001

(**docket entry 796**, as well as the Settlement Agreement attached to this Order as Exhibit 1,

IT IS HEREBY ORDERED that the following parties are DISMISSED from Civil Actions

94-1019 and 97-1020, with prejudice:

1) MetLife Capital Corporation (now known as General Electric Capital Business Asset

Funding Corporation) (hereinafter "MetLife Capital Corporation),

2) Water Quality Insurance Syndicate,

3) Caribbean Petroleum Corporation,

4) Bunker Group, Inc.,

5) Bunker Group Puerto Rico, Inc.,

6) New England Marine Services, Inc.,

CIVIL 94-1019CCC                        6

7) Reliance Insurance Company,

8) Mutual Marine Office, Inc., and Utica Mutual Insurance Company, and

9) American Home Assurance Company.

IT IS FURTHER ORDERED AND ADJUDGED that any and all cross claims, counter-claims, and third-party claims brought against MetLife Capital Corporation, Water Quality Insurance Syndicate, Bunker Group Puerto Rico, Inc., New England Marine Services, Inc., Bunker Group, Inc., Caribbean Petroleum Corporation, and its underwriters Mutual Marine Office, Inc. an Utica Mutual Insurance Company and American Home Assurance Company, including all contribution claims against MetLife Capital Corporation in Civil Actions 94-1019 and 97-1020, are also DISMISSED, with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that any claims brought by the United States and/or the Commonwealth against the following parties are DISMISSED, with prejudice:

1) AXA f/k/a London & Hull, Yorkshire; Norwich Union; Cornhill; Phoenix Assurance; Zurich Re; Hansa Marine; Prudential; Sphere Drake; and Dai Tokyo Insurance;

2) Royal Insurance Company of America;

3) Continental Insurance Company;

4) INSCO Marine, Inc.;

5) Travelers Insurance Company;

6) Westchester Fire Insurance Company;

7) Reliance National Insurance Company;

8) Reliance National Insurance Company of New York;

9) Peter Frank;

10) Jane Kresch;

CIVIL 94-1019CCC                              7

11) Pedro Rivera and

12) Puerto Rico Operations, Inc.

Accordingly, Civil Action 97-1020 is DISMISSED in its entirety.

The only remaining claim in Civil Action 94-1019 is the Commonwealth's claim against

the M/V EMILY S in rem.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January 19th, 2001.

CARMEN CONSUELO CEREZO
United States District Judge